■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. HILL, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Peradotto, J.P., Carni, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD J. SORRENTINO, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONTAE WILLIAMS, Appellant. [903 NYS2d 298]—Motion to vacate the order denying a motion for a writ of error coram nobis denied. Present—Scudder, P.J., Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEOTIS MERCER, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ GLACIAL AGGREGATES LLC, Respondent, v TOWN OF YORKSHIRE, Appellant. [903 NYS2d 297]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY FOSTER, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON L. SCOTT, Appellant. [903 NYS2d 298]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Fahey, Carni and Pine, JJ.

■ MICRO-LINK, LLC, Respondent-Appellant, v TOWN OF AMHERST, Appellant-Respondent. [903 NYS2d 297]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.

■ In the Matter of IDELLA ABRAM, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [903 NYS2d 297]—Motion for reargument or leave to appeal to the Court of Appeals dismissed as untimely. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.